# Court of Appeals
# of the State of Georgia

ATLANTA, June 09, 2015

*The Court of Appeals hereby passes the following order:*

## A15A1421. IN THE INTEREST OF T.R., A CHILD

On March 19, 2015, this appeal was docketed in this Court. Court of Appeals Rule 26 (a) provides that appellant's brief shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may subject the appeal to be dismissal. Court Rule 26 (a) also provides that any motion for extension of time to file appellant's brief and enumeration of errors must be filed before the date the documents are due or the Court may dismiss the appeal. *Smith v. R. James Properties, Inc.*, 292 Ga. App. 317 (665 SE2d 19) (2008).

On April 23, 2015, this court ordered the appellant to file a brief within ten days or the appeal would be dismissed. The brief was not filed. Accordingly, this appeal is ordered DISMISSED. Court of Appeals Rule 26 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/09/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*